THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELENA KOLOVA, *et al.*, | CASE NO. C18-1066-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to vacate the default and default judgment entered in this case by the King County Superior Court on July 12, 2018, Cause Number 18-2-109329 SEA, prior to removal to this Court on July 20, 2018 (Dkt. No. 7). The parties stipulate that Defendants appeared before the King County Superior Court within the prescribed time and, therefore, entries of default were in error. (*Id*. at 1.) However, the parties provide no authority for the notion that this Court may reverse an order and judgment of the King County Superior Court. Therefore, the parties are ORDERED to show cause why the matter should not be remanded to the King County Superior Court so that it may vacate the order and judgment entered on July 12 in Cause Number 18-2-10932-9 SEA. The parties' response is due August 10, 2018. The Clerk is DIRECTED to re-note the parties' stipulated motion (Dkt.

1   No. 7) to August 10, 2018. If no such response is filed by this date, the Clerk is FURTHER

2   DIRECTED to remand this matter to the King County Superior Court.

3         DATED this 1st day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
