THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELENA KOLOVA, *et al.*, | CASE NO. C18-1066-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the status conference and consolidate the parties' pending motions (Dkt. No. 12). The parties indicate that rulings on Plaintiffs' motion to remand (Dkt. No. 9), Defendants' motion to dismiss Defendants Byron and Jane Doe Dill and John and Jane Does 1–10 (Dkt. No. 11), and the parties' motion to vacate the default judgment (Dkt. No. 7) may moot the issue raised by the Court in its order to show cause (Dkt. No. 8) and obviate the need for a status conference. (Dkt. No. 12 at 2–3.)

The parties' motion to continue and consolidate is GRANTED. The status conference scheduled for August 21, 2018 is CONTINUED. The Court will issue a consolidated ruling on the outstanding motions (Dkt. Nos. 7, 9, 11). The Clerk is DIRECTED to re-note the parties'

stipulated motion to vacate default judgment (Dkt. No. 7) to August 24, 2018.

DATED this 6th day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
